PROB 12A
(7/93)

# United States District Court

for

WESTERN DISTRICT OF TEXAS

## Report on Offender Under Supervision

Name of Offender: Moath Naim Al-Adli   Case Number: 1:19-CR-00255-LY-(1)

Name of Sentencing Judicial Officer: The Honorable Lee Yeakel, United States District Judge

Date of Original Sentence: April 28, 2020

Original Offense: Felon in Possession of Ammunition in violation of 18 U.S.C. § 922(g)(1)

Original Sentence: Five (5) years' probation with special conditions for the defendant to participate in substance abuse treatment, mental health treatment, abstain from all intoxicants, take all mental health medication as prescribed, shall submit to search and seizure, pay a $5,500 fine, and pay a $100 special assessment

Type of Supervision: Probation   Date Supervision Commenced: April 28, 2020

---

### PREVIOUS COURT ACTION

On October 26, 2020, the Court modified the defendant's conditions of supervision ordering him to pay his fine at a rate of no less than $200 per month.

### NONCOMPLIANCE SUMMARY

**Violation Special Condition:** "The defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision."

**Violation Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

AL-ADLI, Moath
Report on Offender Under Supervision
Page 2

**Nature of Non-Compliance:**  On April 5, 2021, at approximately 1131pm, a 911 call was received by Sugarland Police Department regarding a possible overdose due to possible opioid abuse.  The defendant's sister reported to the police that she found the defendant on the couch, unresponsive. But after some effort to wake him he responded to her.  Al-Adli stated to the responding Sugarland Police Officer, he had a substance abuse issue, but had not taken any illegal substances that day. However, he did admit to injecting Morphine on March 30, 2021. Emergency Medical Services (EMS) evaluated the defendant, and as he was responsive was not taken to the hospital. No further action was taken by Sugarland Police Department.

**U.S. Probation Officer Action:** On April 6, 2021, the defendant denied admitting to the Sugarland Police Officer any drug use. He reported that he had been struggling with depression and anxiety but was adamant he did not admit to the officer he ingested morphine. A drug test was administered on April 6, 2021, and it returned negative. The defendant admitted he needed counseling to address both his substance abuse and mental health issues. On April 7, 2021, the defendant self-admitted himself into a 45-day inpatient treatment program at La Hacienda, Hunt, Texas, to address his addiction and mental health needs. Upon his successful release from said program the defendant will be required to resume USPO treatment services.

As such, it is respectfully recommended that no court action be taken at this time and Al-Adli be allowed to continue to participate in treatment at La Hacienda, and upon his return to Austin, resume his co-occurring treatment services at Kearley and Schmidt.

Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should Al-Adli incur any further violations, the Court will be notified.

Respectfully submitted,

*Stephanie A. Morales*

Stephanie A. Morales
Senior U.S. Probation Officer
Date: April 14, 2021

Approved:

*Martha N. Davis*

Martha N. Davis
Supervising U.S. Probation Officer
Date: April 14, 2021

Al-Adli, Moath
Report on Offender Under Supervision
Page 3

THE COURT ORDERS:

☒ No Action

☐ Submit a Request for Modifying the Conditions of Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Honorable Susan Hightower
U.S. Magistrate Judge

April 14, 2021
Date