PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Moath Naim Al-Adli</u>                Case Number: <u>1:19-CR-00255-LY(1)</u>

Name of Sentencing Judicial Officer: <u>The Honorable Lee Yeakel, United States District Judge, Western District of Texas, Austin Division</u>

Date of Original Sentence:  <u>April 28, 2020</u>

Original Offense: <u>Felon in Possession of Ammunition, in violation of 18 U.S.C. § 922(g)(1)</u>

Original Sentence: <u>Five (5) years probation with Special Conditions: search condition; refrain from alcohol and other intoxicants; participation in a substance abuse treatment program; participation in a mental health treatment program; take all mental health medication as prescribed; payment of a $5,500 fine and a $100 special assessment</u>

Type of Supervision: <u>Probation</u>                Date Supervision Commenced: <u>April 28, 2020</u>

Assistant U. S. Attorney: <u>Mark Marshall</u>                Defense Attorney: <u>Sam Lock (retained)</u>

### PREVIOUS COURT ACTION

On October 26, 2020, the Court modified the defendant's conditions of supervision ordering him to pay his fine at a rate of no less than $200 per month.

On April 14, 2021, the Court was advised that on April 5, 2021, police officers responded to a possible overdose. The defendant denied the use of illicit substances. Based on the defendant's willingness to complete an Intensive Inpatient Program and attend co-occurring counseling thereafter, no further adverse action was recommended; the Court concurred.

### NONCOMPLIANCE SUMMARY

**Violation of Mandatory Special Condition:** "The defendant shall participate in a substance abuse treatment program and follow the rules and regulation of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs or alcohol. A probation officer may supervise the participation in the program. The defendant shall pay the costs of such treatment to the extent the defendant is financially able."

Moath Naim Al-Adli
Report on Offender Under Supervision
Page 2

**Nature of Noncompliance:** On May 24, 2022, the defendant was admitted to a Residential Detoxification Program in Houston, Texas. While in the detox program, the defendant did not meet treatment expectations and was noncompliant with the program requirements. Program non-compliance included the defendant's failure to engage in appropriate conversations with female clients and threatening staff members. After failing to attend required groups, the defendant asked medical providers for medications that had abuse potential and verbally threatened staff. Based on ongoing treatment noncompliance, on June 2, 2022, the defendant was unsuccessfully discharged from the detox program.

**U.S. Probation Officer Action:** According to the defendant, he entered the detoxification program to regulate his request for Suboxone. Since his unsuccessful discharge from the detox program, on June 2, 2022, he returned to Austin and entered The Arbor Intensive Inpatient Program (IIP), where he continues to reside. On June 21, 2022, a drug test was administered at the U.S. Probation office, rendering negative results for the use of any illicit substances. He is currently prescribed Suboxone at his current IIP. Once he is released from The Arbor IIP, he has advised he will reside in a sober living home and attend Intensive Outpatient treatment through The Arbor aftercare program. Based on the defendant's willingness to participate in a substance abuse treatment program and environment, if Your Honor finds it suitable, no further adverse action is recommended. In the event the defendant tests positive for illegal substances, further action will be recommended.

Respectfully submitted,

Kathleen Dow
United States Probation Officer
Date: 7/1/2022

Approved: _____
Craig A. Handy
Supervising United States Probation Officer

Moath Naim Al-Adli
Report on Offender Under Supervision
Page 3

**THE COURT ORDERS:**

[X] No Action
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: July 1, 2022